# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **TONYA CLAY, et al.** | ) | **CASE NO. 1:18-CV-02929** |
| | ) | |
| **Plaintiffs,** | ) | **JUDGE SOLOMON OLIVER** |
| | ) | |
| vs. | ) | |
| | ) | |
| **CUYAHOGA COUNTY, Ohio et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

Defendants Cuyahoga County, Armond Buddish, Clifford Pinkney, George Taylor, Brandy Carney, and Eric J. Ivey ("County Defendants") as well as the MetroHealth System and Dr. Thomas Tallman ("MetroHealth Defendants") jointly move this Court for an extension of time to February 22, 2019, to answer, move, or otherwise respond to Plaintiff's class action Complaint. The current deadline is February 1, 2019. The reason for this request: the parties are engaged in discussions to determine whether a more expeditious resolution of this matter is possible short of costly and protracted litigation.[1] Rather than spend their time litigating this matter and submitting adversarial pleadings and motions, the parties desire to focus their efforts on a possible resolution. Plaintiffs' counsel has been contacted regarding this request and have no opposition to an extension to February 22, 2019.

Accordingly, Defendants respectfully request an Order granting them an extension of time until **February 22, 2019** to answer, move, or otherwise respond to Plaintiffs' class action Complaint. This request is submitted in good faith and not for purposes of delay.

---
[1] The parties met on January 24, 2019, and plan to meet again on February 15, 2019.

      Respectfully submitted,

      MICHAEL C. O'MALLEY, Prosecuting
      Attorney of Cuyahoga County, Ohio

By: /s/ Brendan D. Healy_____
   DAVID G. LAMBERT (0030273)
   Tel: (216) 443-7829/ Fax: (216) 443-7602
   dlambert@prosecutor.cuyahogacounty.us
   CHARLES E. HANNAN, JR. (0037153)
   Tel: (216) 443-7758/ Fax: (216) 443-7602
   BRENDAN D. HEALY (0081225)
   Tel:  (216) 698-6447/Fax: (216) 443-7602
   Email:  bhealy@prosecutor.cuyahogacounty.us
   The Justice Center, Courts Tower
   1200 Ontario Street, 8th Floor
   Cleveland, Ohio   44113

   *Attorney for Defendants Cuyahoga County, Armond*
   *Buddish, Clifford Pinkney, Eric J. Ivey, George*
   *Taylor, and Brandy Carney*

   /s/ Robert J. Hanna_____
   Robert J. Hanna (0037230)
   Jon W. Oebker (0064255)
   David A. Bernstein (0093955)
   TUCKER ELLIS LLP
   950 Main Avenue, Suite 1100
   Cleveland, OH 44113
   Telephone: 216.592.5000
   Facsimile: 216.592.5009
   E-mail:  robert.hanna@tuckerellis.com
       jon.oebker@tuckerellis.com
       david.bernstein@tuckerellis.com

   *Attorneys for Defendants MetroHealth*
   *Health System and Dr. Thomas Tallman*

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 31, 2019, a copy of the foregoing Joint Motion for Extension of Time to Answer, Move, or Otherwise Respond to Plaintiffs' Complaint was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                 _Brendan D. Healy_____
                                                 Brendan D. Healy (0081225)
                                                 Assistant Prosecuting Attorney