IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **TONYA CLAY, et al.,** | Case No. 1:18-CV-02929 |
| Plaintiffs, | Judge Solomon Oliver, Jr. |
| v. | |
| **CUYAHOGA COUNTY, Ohio, et al.,** | |
| Defendants. | |

**MOTION TO EXCUSE PLAINTIFFS' ATTENDANCE AT CASE MANAGEMENT CONFERENCE**

Plaintiffs, though counsel, respectfully ask the Court to excuse Plaintiffs' attendance at the Case Management Conference, set on Wednesday, March 20, 2019.

Plaintiffs are prisoners in the custody of Cuyahoga County, and are housed at the Cuyahoga County Corrections Center (CCCC).[1] Though they are fully committed to this litigation and desire to participate in proceedings, they are unable to travel freely to and from this Court.

Accordingly, Plaintiffs respectfully ask the Court for an order excusing them from appearing at the Case Management Conference. In the alternative, Plaintiffs request that this Court issue a writ compelling the County to permit Plaintiffs to attend the Case Management Conference.

---

[1] Plaintiffs – and the putative class – are part of an inherently transitory group who enter and exit the CCCC, and sometimes other detention facilities. All plaintiffs and putative class members in this case face significant challenges in attending proceedings before this Court.

1

Respectfully submitted,

*/s/ Jacqueline Greene*
Sarah Gelsomino (0084340)
Jacqueline Greene (0092733)
Terry Gilbert (0021948)
FRIEDMAN & GILBERT
55 Public Square, Suite 1055
Cleveland, Ohio 44113
T: (216) 241-1430
F: (216) 621-0427
sgelsomino@f-glaw.com
jgreene@f-glaw.com
tgilbert@f-glaw.com

James L. Hardiman (0031043)
CLEVELAND BRANCH NAACP
3615 Superior Avenue
Cleveland, Ohio 44114
T: (216) 431-7811
F: (216) 431-7644
attyjhard@aol.com

J. Philip Calabrese (0072709)
PORTER WRIGHT MORRIS & ARTHUR LLP
950 Main Avenue, Suite 500
Cleveland, Ohio 44113
T: (216) 443-9000
F: (216) 443-9011
pcalabrese@porterwright.com

Caroline H. Gentry (0066138)
Ana P. Crawford (0090581)
PORTER WRIGHT MORRIS & ARTHUR LLP
One South Main Street, Suite 1600
Dayton, OH 45402
T: (937) 449-6810
F: (937) 449-6820
cgentry@porterwright.com
acrawford@porterwright.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 18, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                          */s/ Jacqueline Greene*
                                          Jacqueline Greene (0092733)
                                          *One of Plaintiffs' Counsel*