# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **TONYA CLAY, et al.** | ) | **CASE NO.  1:18-CV-02929** |
| | ) | |
| Plaintiffs, | ) | **JUDGE SOLOMON OLIVER, JR.** |
| | ) | |
| vs. | ) | |
| | ) | |
| **CUYAHOGA COUNTY, Ohio et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## APRIL 12, 2019 STATUS REPORT BY DEFENDANTS THE METROHEALTH SYSTEM AND THOMAS TALLMAN

On April 2, 2019, counsel for defendants, The MetroHealth System and Dr. Thomas Tallman ("MetroHealth Defendants"), met with counsel for Plaintiffs and exchanged ideas and proposals in an effort to negotiate a resolution of the case.  The MetroHealth Defendants are open to continuing this dialogue.

                                                      Respectfully submitted,

By:   /s/ Robert J. Hanna_____
           Robert J. Hanna (0037230)
           Jon W. Oebker (0064255)
           David A. Bernstein (0093955)
           TUCKER ELLIS LLP
           950 Main Avenue, Suite 1100
           Cleveland, OH 44113
           Telephone:   216.592.5000
           Facsimile:    216.592.5009
           E-mail:        robert.hanna@tuckerellis.com
                              jon.oebker@tuckerellis.com
                              david.bernstein@tuckerellis.com

*Attorneys for Defendants The MetroHealth
Health System and Thomas Tallman, D.O.*

### CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2019, a copy of the foregoing APRIL 12, 2019 STATUS REPORT BY DEFENDANTS THE METROHEALTH SYSTEM AND THOMAS TALLMAN was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Robert J. Hanna
Robert J. Hanna (0037230)
Jon W. Oebker (0064255)
David A. Bernstein (0093955)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
Telephone:    216.592.5000
Facsimile:    216.592.5009
E-mail:    robert.hanna@tuckerellis.com
          jon.oebker@tuckerellis.com
          david.bernstein@tuckerellis.com

*Attorneys for Defendants The MetroHealth
Health System and Thomas Tallman, D.O.*