# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **TONYA CLAY, et al.** | ) | CASE NO. 1:18-CV-02929 |
| | ) | |
| Plaintiffs, | ) | **JUDGE SOLOMON OLIVER** |
| | ) | |
| vs. | ) | |
| | ) | |
| **CUYAHOGA COUNTY, Ohio et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## APRIL 12, 2019 STATUS REPORT BY DEFENDANTS CUYAHOGA COUNTY, ARMOND BUDDISH, CLIFFORD PINKNEY, GEORGE TAYLOR, BRANDY CARNEY, AND ERIC J. IVEY

Counsel for Defendants Cuyahoga County, Armond Buddish, Clifford Pinkney, George Taylor, Brandy Carney, and Eric J. Ivey ("County Defendants") spoke with Plaintiffs' counsel to exchange ideas and explore proposals toward a possible resolution. Counsel for County Defendants plans to meet with Plaintiffs' counsel to continue these discussions.

            Respectfully submitted,

            MICHAEL C. O'MALLEY, Prosecuting Attorney of Cuyahoga County, Ohio

By:   /s/ Brendan D. Healy_____
       DAVID G. LAMBERT (0030273)
       Tel: (216) 443-7829/ Fax: (216) 443-7602
       dlambert@prosecutor.cuyahogacounty.us
       CHARLES E. HANNAN, JR. (0037153)
       Tel: (216) 443-7758/ Fax: (216) 443-7602
       BRENDAN D. HEALY (0081225)
       Tel:  (216) 698-6447/Fax: (216) 443-7602
       Email:  bhealy@prosecutor.cuyahogacounty.us
       The Justice Center, Courts Tower
       1200 Ontario Street, 8th Floor
       Cleveland, Ohio   44113

       *Attorney for Defendants Cuyahoga County, Armond Buddish, Clifford Pinkney, Eric J. Ivey, George Taylor, and Brandy Carney*