IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| TONYA CLAY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CUYAHOGA COUNTY, Ohio, et al.,<br><br>    Defendants. | Case No. 1:18-CV-02929<br><br>Judge Solomon Oliver, Jr. |

PLAINTIFFS' APRIL 12, 2019 STATUS REPOT

Counsel for all parties continue to discuss potential resolution of some parts of Plaintiffs' claims. Counsel for The MetroHealth Defendants met with Plaintiffs' counsel on April 2, 2019. A meeting is set between counsel for the Cuyahoga County Defendants for the week of April 15, 2019.

Respectfully submitted,

*/s/ Sarah Gelsomino*
Sarah Gelsomino (0084340)
Jacqueline Greene (0092733)
Terry Gilbert (0021948)
FRIEDMAN & GILBERT
55 Public Square, Suite 1055
Cleveland, Ohio 44113
T: (216) 241-1430
F: (216) 621-0427
sgelsomino@f-glaw.com
jgreene@f-glaw.com
tgilbert@f-glaw.com

James L. Hardiman (0031043)
CLEVELAND BRANCH NAACP
3615 Superior Avenue

Cleveland, Ohio 44114
T: (216) 431-7811
F: (216) 431-7644
attyjhard@aol.com

J. Philip Calabrese (0072709)
PORTER WRIGHT MORRIS & ARTHUR LLP
950 Main Avenue, Suite 500
Cleveland, Ohio 44113
T: (216) 443-9000
F: (216) 443-9011
pcalabrese@porterwright.com

Caroline H. Gentry (0066138)
Ana P. Crawford (0090581)
PORTER WRIGHT MORRIS & ARTHUR LLP
One South Main Street, Suite 1600
Dayton, OH 45402
T: (937) 449-6810
F: (937) 449-6820
cgentry@porterwright.com
acrawford@porterwright.com

*Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

    I hereby certify that on April 12, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                */s/ Sarah Gelsomino*
                                                Sarah Gelsomino (0084340)
                                                *One of Plaintiffs' Counsel*

**Error! Unknown document property name.**