IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **TONYA CLAY, et al.,**<br><br>Plaintiffs,<br><br>-vs-<br><br>**CUYAHOGA COUNTY, et al.,**<br><br>Defendants. | **CASE NO.  1:18 CV 2929**<br><br>**JUDGE SOLOMON OLIVER, JR.**<br><br><br>**NOTICE OF DISMISSAL OF CLAIMS BY AMJAD ABUHAMDE** |

Amjad Abuhamde, through counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), dismisses all of his individual claims against all Defendants in the First Amended Complaint.

This dismissal shall have no effect on any claim by any other Plaintiff against any Defendant in this action.

Respectfully submitted,

*/s/ Jacqueline Greene*
Sarah Gelsomino (0084340)
Jacqueline Greene (0092733)
Terry Gilbert (0021948)
FRIEDMAN & GILBERT
55 Public Square, Suite 1055
Cleveland, Ohio 44113
T: (216) 241-1430
F: (216) 621-0427
sgelsomino@f-glaw.com
jgreene@f-glaw.com
tgilbert@f-glaw.com

James L. Hardiman (0031043)
CLEVELAND BRANCH NAACP
3615 Superior Avenue
Cleveland, Ohio 44114
T: (216) 431-7811
F: (216) 431-7644
attyjhard@aol.com

>J. Philip Calabrese (0072709)
>PORTER WRIGHT MORRIS & ARTHUR LLP
>950 Main Avenue, Suite 500
>Cleveland, Ohio 44113
>T: (216) 443-9000
>F: (216) 443-9011
>pcalabrese@porterwright.com
>
>Caroline H. Gentry (0066138)
>Ana P. Crawford (0090581)
>PORTER WRIGHT MORRIS & ARTHUR LLP
>One South Main Street, Suite 1600
>Dayton, OH 45402
>T: (937) 449-6810
>F: (937) 449-6820
>cgentry@porterwright.com
>acrawford@porterwright.com
>
>*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>*/s/ Jacqueline C. Greene*
>JACQUELINE C. GREENE (0092733)
>*One of the Attorneys for Plaintiffs*