UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TONYA CLAY, *et al.*, | ) | Case No.: 1:18 CV 2929 |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| CUYAHOGA COUNTY, *et al.*, | ) | |
| | ) | |
| Defendants | ) | STATUS CONFERENCE ORDER |

The court held a status conference with counsel for the parties in the above-captioned case on May 13, 2019, at 3:00 p.m.

After a discussion, Defendants indicated that they did not oppose Plaintiffs' pending Motion for Leave to File the First Amended Complaint, *Instanter* (ECF No. 29). Thus, the court hereby grants Plaintiffs' Motion. The court also grants Defendants' Unopposed Motion for Extension of Time to Move, or Otherwise Respond to Plaintiffs' First Amended Complaint (ECF No. 30) for a period of fourteen (14) days.

The court inquired about an update as to the parties' negotiations on a process for moving forward in the case. Counsel for the parties indicated that they have been working together on a number of issues, including a new staffing structure for administering medical care at Cuyahoga County Correctional Center and the potential engagement of a joint expert who could prepare findings and pose recommendations to the parties regarding correctional matters. Counsel for the parties explained that the parties would pursue a potential resolution based on those

recommendations.

The parties request that the preliminary injunction hearing date be extended to provide an opportunity to secure a joint expert and engage in settlement negotiations should they agree on an expert. Thus, the court amends and adds the following deadlines to the Case Management Conference Order issued on March 21, 2019 (ECF No. 24):  Plaintiffs will now file their motion for preliminary injunction on or before July 16, 2019. Defendants will respond to Plaintiffs' motion for preliminary injunction by August 6, 2019. Plaintiffs will submit a reply to Defendants' response by August 13, 2019. The court will hold a hearing on Plaintiffs' motion for preliminary injunction on September 4, 2019, at 9:00 a.m.

The parties will notify the court by June 3, 2019, whether or not they have agreed on a joint expert.

The court will decide any remaining dates and deadlines after the preliminary injunction hearing.

IT IS SO ORDERED.

/S/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

May 16, 2019