UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TONYA CLAY, *et al.*, | ) | Case No.: 1:18 CV 2929 |
| Plaintiffs | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| CUYAHOGA COUNTY, *et al.*, | ) | |
| Defendants | ) | <u>STATUS CONFERENCE ORDER</u> |

The court held a telephonic status conference with counsel for Plaintiffs and counsel for Defendant Cuyahoga County (the "County") in the above-captioned case on June 25, 2019, at 10:15 a.m. Counsel for Defendant MetroHealth System ("MetroHealth") was not present. However, counsel for the County stated that he had spoken to Counsel for MetroHealth prior to the conference, and counsel for MetroHealth had indicated that it was not necessary for him to attend the telephonic conference.

Counsel for the parties notified the court that, although they had come to an agreement on a joint correctional expert, the parties reached an impasse in the negotiation with respect to certain parts of the agreement to retain the expert. They jointly requested that the court refer the case to Magistrate Judge Baughman, the Magistrate Judge assigned to the case, to mediate the remaining issues. In particular, the parties are seeking the assistance of a Magistrate Judge in reaching an agreement on certain aspects relative to the scope of the expert's work and the ways in which his work will be used. Counsel for the County indicated that MetroHealth had not objected to requesting

a magistrate judge's assistance in resolving these issues, but noted that counsel for MetroHealth may also wish to be involved in the mediation. Counsel for the parties also notified the court about the expert's limited availability, and the parties' desire to resolve these issues as soon as possible in order to retain the expert.

The court has conferred with Magistrate Judge Baughman, who stated that he will have his Courtroom Deputy contact the attorneys that the parties indicated were the lead counsel relative on this issue, Brendan D. Healy for the County and Jacqueline C. Greene for Plaintiffs. Magistrate Judge Baughman indicated that his courtroom deputy will work with counsel for the parties to arrange a date for a mediation to take place the week of July 8, 2019.

IT IS SO ORDERED.

/S/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

June 26, 2019