UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MINUTE ORDER**

WILLIAM H. BAUGHMAN, JR.
United States Magistrate Judge

Date:   July 2, 2019

Case No.:   1:18 CV 2929

TONYA CLAY *et al.*

    v.

CUYAHOGA COUNTY, OHIO *et al.*

APPEARANCES:    For Plaintiff:    Jacqueline Greene

                            For Defendant:    Brendan Healy, David Lambert

PROCEEDINGS: Telephonic status conference held. A mediation on referral form District Judge Solomon Oliver Jr. is set for July 12, 2019.  In aid of that mediation, counsel must file a confidential mediation statement by July 12, 2019.  Those statements must contain identification of the issues to be mediated, the position of each party with respect to those issues, and current drafts of proposed agreements on issues to be mediated.  Counsel may include any other information deemed helpful to the mediation.  These statements must be sent to the court by email (baughman_chambers@ohnd.uscourts.gov).

    IT IS SO ORDERED.

                                                               s/ William H. Baughman Jr.
                                                                 United States Magistrate Judge

Time: 30 minutes