UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MINUTE ORDER**

WILLIAM H. BAUGHMAN, JR.
United States Magistrate Judge

Date:   August 8, 2019

Case No.:   1:18 CV 2929

TONYA CLAY *et al.*

    v.

CUYAHOGA COUNTY, OHIO *et al.*

APPEARANCES:   For Plaintiff:   Jacqueline Greene, Sarah Gelsomino

                       For Defendant:   Brenden Healy, Charles Hannan

PROCEEDINGS: Telephonic status conference held. Counsel have advised that constructive discussions on the terms of a structured negotiation agreement have moved forward. Another telephonic conference to discuss the status of finalization of such an agreement is set for 8/15/19 at 3:30pm. Call-in information will remain the same.

    IT IS SO ORDERED.

                                            s/ William H. Baughman Jr.
                                               United States Magistrate Judge

Time: 15 minutes