UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

# MINUTE ORDER

WILLIAM H. BAUGHMAN, JR.
United States Magistrate Judge

Date:　August 15, 2019

Case No.:　1:18 CV 2929

TONYA CLAY *et al.*

　　v.

CUYAHOGA COUNTY, OHIO *et al.*

APPEARANCES:　　For Plaintiff:　　Jacqueline Greene, Sarah Gelsomino

　　　　　　　　　For Defendant:　　Brenden Healy, David Lambert

PROCEEDINGS: Telephonic status conference held.  Another telephone status conference to report on finalization of a structured negotiation agreement for consideration and approval by clients is set for August 27, 2019 at 10:30am.  Call-in information will remain the same.
　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　s/ William H. Baughman Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Time: 15 minutes