UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MINUTES OF PROCEEDINGS**

WILLIAM H. BAUGHMAN, JR.
United States Magistrate Judge

Date:   August 27, 2019

Case No.:   1:18 CV 2929

TONYA CLAY *et al.*

    v.

CUYAHOGA COUNTY, OHIO *et al.*

APPEARANCES:   For Plaintiff:   Jacqueline Greene

                            For Defendant:   Brenden Healy

PROCEEDINGS: Telephonic status conference held. Counsel to submit to Magistrate Judge Baughman by email a joint report on status of efforts to finalize structured negotiation agreement on or before 9/9/19. Baughman_Chambers@ohnd.uscourts.gov

                                      s/ Kyle DeVan
                                      Courtroom Deputy Clerk

Time: 15 minutes