IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISON

| | | |
|---|---|---|
| TONYA CLAY, *et al.* | ) | CASE NO.1:18-CV-02929 |
| | ) | |
| Plaintiffs, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | WILLIAM H. BAUGHMAN, JR. |
| CUYAHOGA COUNTY, OHIO, *et al.* | ) | |
| | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter comes before me on referral for mediation to assist the parties in reaching an agreed structured negotiations agreement.[1]  I have conducted multiple conferences with counsel toward the achievement of that objective.

Counsel have now reported to me that they have agreed to the terms of the agreement, which is being finalized and submitted for necessary approvals.  They do not anticipate the need for further mediation within the scope of the current referral.

Accordingly, the referral for mediation is hereby terminated.

IT IS SO ORDERED.

Dated: September 17, 2019                         s/William H. Baughman Jr.
                                                  United States Magistrate Judge

---

[1] ECF #37.