# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **TONYA CLAY, et al.** ) | **CASE NO.  1:18-CV-02929** |
| ) | |
| Plaintiffs, ) | **JUDGE SOLOMON OLIVER** |
| ) | |
| vs. ) | |
| ) | |
| **CUYAHOGA COUNTY, Ohio et al.,** ) | |
| ) | |
| Defendants. ) | |

### JOINT NOTICE OF SETTLEMENT AGREEMENT STATUS

    The parties jointly file this status report with the Court concerning the status of settlement negotiations. The parties have not reached a final settlement of the case.  The parties agreed that the County Defendants and Plaintiffs would address the non-medical issues first. Regarding the non-medical issues, the County Defendants and Plaintiff's counsel have reached an agreement on how to proceed towards a possible settlement.

    As part of the agreement, the County Defendants and Plaintiffs retained a joint expert to assist in identifying corrective measures, if any, for the Cuyahoga County Corrections Center ("CCCC"). The joint expert, however, has been limited to document review due to the Covid-19 pandemic.  He has engaged in extensive review of such documents and jail policies. The next step is for the expert to conduct an onsite inspection of the CCCC and meet with jail personnel. Due to the recent surge in

Covid-19 cases in Cuyahoga County and throughout the country, the joint expert is presently unable to conduct a site inspection. But the parties are hopeful that the joint expert will be able to conduct this inspection in March or April of this year.

Although this process is taking longer than anticipated (due mostly to circumstanced beyond the parties' control) the parties remain committed to working cooperatively towards a resolution.

        Respectfully submitted,

        Michael C. O'Malley, Prosecutor
        Attorney for Cuyahoga County, Ohio

By:    /s/ Brendan Healy
        BRENDAN D. HEALY (0081225)
        Tel: (216) 698-6447/Fax: (216) 443-7602
        bhealy@prosecutor.cuyahogacounty.us
        DAVID G. LAMBERT (0030273)
        Tel: (216) 443-7829/ Fax: (216) 443-7602
        dlambert@prosecutor.cuyahogacounty.us
        The Justice Center, Courts Tower
        1200 Ontario Street, 8th Floor
        Cleveland, Ohio 44113

*Attorneys for Defendants Cuyahoga County, Armond Budish, Clifford Pinkney, Eric J. Ivey, George Taylor, and Brandy Carney*

        /s/ S *(per consent)*
        JACQUELINE GREENE (0084340)
        SARAH GELSOMINO (0092733)
        TERRY H. GILBERT (0021948)
        Friedman & Gilbert
        50 Public Square, Suite 1900
        Cleveland, Ohio 44113
        jgreene@f-glaw.com
        sgelsomino@f-glaw.com
        tgilbert@f-glaw.com
        Tel: (216) 241-1430
        Fax: (216) 621-0427

*Attorneys for Plaintiffs*

 s/ Robert J. Hanna *(per consent)*
ROBERT J. HANNA (0037230)
JON W. OEBKER (0064255)
DAVID A. BERNSTEIN (0093955)
Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
Tel: (216) 592-5000
Fax: (216) 592-5009
robert.hanna@tuckerellis.com
jon.oebker@tuckerellis.com
david.bernstein@tuckerellis.com

*Attorneys for Defendants The MetroHealth System and Dr. Thomas Tallman*