# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **TONYA CLAY, et al.,** <br><br> Plaintiffs, <br><br> -vs- <br><br> **CUYAHOGA COUNTY, et al.,** <br><br> Defendants. | **Case No. 1:18 CV 2929** <br><br> **Judge Solomon Oliver, Jr.** |

**JOINT STATUS REPORT CONCERNING SETTLEMENT NEGOTIATIONS PROCESS**

In response to the Court's July 26, 2021 Order, the Parties jointly file this status report with the Court concerning the status of settlement negotiations.

The Parties have not yet reached a final settlement of the case. The Parties previously agreed that the County Defendants and Plaintiffs would first address issues pertaining to the correctional staff and operation of the Cuyahoga County Corrections Center ("CCCC"), and would subsequently address issues pertaining to provision of medical and mental health care within the CCCC. Following the Parties' January 8, 2021 status report (Dkt. 50), the County Defendants and Plaintiffs have continued to work with their jointly-designated expert, Martin Horn, to identify corrective measures for the CCCC. Mr. Horn's work has been affected by the Covid-19 pandemic, as the repeated surges in COVID-19 cases prevented onsite inspections

for several months. To date, Mr. Horn has engaged in extensive review of documents and CCCC policies and is scheduled for an onsite inspection in November 2021.

After Mr. Horn's onsite inspection, the Parties will be in a position to provide the Court with further information concerning the timeline and remaining necessary steps for potential resolution of correctional practices and operations aspects of this case, and to provide further updates concerning the Parties' positions concerning how to address claims concerning medical and mental health care provision.

Though this process has continued to take longer than anticipated, particularly due to the ongoing COVID-19 pandemic, the parties remain committed to working cooperatively toward a resolution. The Parties ask that the Court continue to hold all deadlines concerning disclosure of witnesses and other dates related to the preliminary injunction schedule applicable to all parties in abeyance, pending the Parties' ongoing efforts toward potential resolution.

Respectfully submitted,

*/s/Jacqueline Greene*
Jacqueline Greene (0092733)
FRIEDMAN, GILBERT + GERHARDSTEIN
441 Vine Street, Suite 3400
Cincinnati, Ohio 45202
T: (513) 572-4200
F: (216) 621-0427
jacqueline@FGGfirm.com

Sarah Gelsomino (0084340)
Terry Gilbert (0021948)
FRIEDMAN, GILBERT + GERHARDSTEIN
50 Public Square, Suite 1900
Cleveland, Ohio 44113
T: (216) 241-1430
F: (216) 621-0427
sarah@FGGfirm.com
terry@FGGfirm.com

James L. Hardiman (0031043)
CLEVELAND BRANCH NAACP
3615 Superior Avenue
Cleveland, Ohio 44114
T: (216) 431-7811
F: (216) 431-7644
attyjhard@aol.com

Caroline H. Gentry (0066138)
Ana P. Crawford (0090581)
PORTER WRIGHT MORRIS & ARTHUR LLP
One South Main Street, Suite 1600
Dayton, OH 45402
T: (937) 449-6810
F: (937) 449-6820
cgentry@porterwright.com
acrawford@porterwright.com

*Counsel for Plaintiffs*

MICHAEL C. O'MALLEY
Prosecuting Attorney of Cuyahoga County

By: */s/Brendan D. Healy (per consent)*
David G. Lambert (0030273)
Brendan D. Healy (0081225)
CUYAHOGA COUNTY PROSECUTOR'S OFFICE
The Justice Center, Courts Tower
1200 Ontario Street, 8th Floor
Cleveland, Ohio 44113
T: (216) 443-7800
F: (216) 698-2270
dlambert@prosecutor.cuyahogacounty.us
bhealy@prosecutor.cuyahogacounty.us

*Counsel for Defendants Cuyahoga County, Armond Budish, Clifford Pinkney, Eric J. Ivey, George Taylor, and Brandy Carney*

*/s/Jon W. Oebker (per consent)*
Robert J. Hanna (0037230)
Jon W. Oebker (0064255)
David A. Bernstein (0093955)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, Ohio 44113
T: (216) 592-5000
F: (216) 592-5009
robert.hanna@tuckerellis.com
jon.oebker@tuckerellis.com
david.bernstein@tuckerellis.com

*Counsel for Defendants The MetroHealth System and Dr. Thomas Tallman*

## CERTIFICATE OF SERVICE

    I hereby certify that on August 25, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        */s/ Jacqueline Greene*
                                        JACQUELINE C. GREENE (0092733)
                                        One of the Attorneys for Plaintiffs