UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TONYA CLAY, *et al.*, | ) | Case No.: 1:18 CV 2929 |
| Plaintiffs | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| CUYAHOGA COUNTY, OHIO, *et al.*, | ) | |
| Defendants | ) | STATUS CONFERENCE ORDER |

The court held a telephonic status conference with counsel for the parties in the within case on January 31, at 11:30 a.m. During the conference, the parties indicated that they encountered some delays but anticipate that the case should be concluded and dismissed before the end of March 2023.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

February 1, 2023