# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **TONYA CLAY, et al.,**  Plaintiffs,  -vs-  **CUYAHOGA COUNTY, et al.,**  Defendants. | Case No.  1:18 CV 2929  Judge Solomon Oliver, Jr. |

### *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO COMPLETE NEGOTIATIONS

The Cuyahoga County Defendants submit this Unopposed Motion for Extension of Time to complete negotiations. During a January 31, 2023, status conference, counsel for the County Defendants indicated they believed this matter could resolved before the end of March 2023. (Doc. #60). But additional time is needed due to scheduling issues, the departure of the previous Sheriff who was involved in the negotiations, and the need to update the interim Sheriff on the case and the status of negotiations.

Defendants anticipate the parties reaching a resolution by April 28, 2023, and that no further extension will be needed. The undersigned discussed this extension with Plaintiffs' counsel, who does not oppose this request. Accordingly, the Parties respectfully ask this Court to continue to hold this case in abeyance, pending the Parties' ongoing efforts toward finalizing a resolution to this case.

Respectfully submitted,

MICHAEL C. O'MALLEY
Prosecuting Attorney of Cuyahoga County

By: */s/Brendan D. Healy (per consent)*
   David G. Lambert (0030273)
   Brendan D. Healy (0081225)
   CUYAHOGA COUNTY PROSECUTOR'S OFFICE
   The Justice Center, Courts Tower
   1200 Ontario Street, 8th Floor
   Cleveland, Ohio 44113
   T: (216) 443-7800
   F: (216) 698-2270
   dlambert@prosecutor.cuyahogacounty.us
   bhealy@prosecutor.cuyahogacounty.us

*Counsel for Defendants Cuyahoga County, Armond Budish, Clifford Pinkney, Eric J. Ivey, George Taylor, and Brandy Carney*