# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **TONYA CLAY, et al.,** | **Case No. 1:18 CV 2929** |
| **Plaintiffs,** | **Judge Solomon Oliver, Jr.** |
| -vs- | |
| **CUYAHOGA COUNTY, et al.,** | |
| **Defendants.** | |

### *UNOPPOSED* MOTION FOR EXTENSION
### OF TIME TO COMPLETE NEGOTIATIONS

The Cuyahoga County Defendants submit this Unopposed Motion for Extension of Time to complete negotiations. Per the County Defendants prior motion dated March 28, 2023, they anticipated resolution of this case by April 28, 2023. But additional time is needed to complete negotiations. Provided the parties agree on the terms of the agreement, the County Defendants intend to present a resolution to Cuyahoga County by May 23, 2023.

The undersigned discussed this extension with Plaintiffs' counsel, who does not oppose this request. Accordingly, the County Defendants respectfully asks this Court to continue to hold this case in abeyance until after May 23, 2023, pending the Parties' ongoing efforts toward finalizing a resolution to this case. The Parties will jointly notify the Court of the status of the case on May 24, 2023, and whether a resolution has been reached.

Respectfully submitted,

MICHAEL C. O'MALLEY
Prosecuting Attorney of Cuyahoga County

By: */s/Brendan D. Healy (per consent)*
David G. Lambert (0030273)
Brendan D. Healy (0081225)
CUYAHOGA COUNTY PROSECUTOR'S OFFICE
The Justice Center, Courts Tower
1200 Ontario Street, 8th Floor
Cleveland, Ohio 44113
T: (216) 443-7800
F: (216) 698-2270
dlambert@prosecutor.cuyahogacounty.us
bhealy@prosecutor.cuyahogacounty.us

*Counsel for Defendants Cuyahoga County, Armond Budish, Clifford Pinkney, Eric J. Ivey, George Taylor, and Brandy Carney*

2