# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **TONYA CLAY, et al.,**<br><br>   **Plaintiffs,**<br><br>-vs-<br><br>**CUYAHOGA COUNTY, et al.,**<br><br>   **Defendants.** | **Case No.  1:18 CV 2929**<br><br>**Judge Solomon Oliver, Jr.** |

## JOINT STATUS REPORT

Plaintiffs and the Cuyahoga County Defendants (the "Parties") submit this joint status report. The Parties are still negotiating, and additional time is needed to finalize the agreement. The Parties continue to cooperate in negotiations and anticipated finalizing the settlement prior to August 1, 2023. Accordingly, the Parties respectfully ask this Court to continue to hold this case in abeyance pending the Parties' ongoing efforts towards finalizing a resolution to this case. The Parties will jointly notify the Court of the status of the case on August 1, 2023, and whether a resolution has been reached.

                              Respectfully submitted,

                              MICHAEL C. O'MALLEY
                              Prosecuting Attorney of Cuyahoga County

                          By: */s/Brendan D. Healy*
                              David G. Lambert (0030273)
                              Brendan D. Healy (0081225)
                              CUYAHOGA COUNTY PROSECUTOR'S OFFICE
                              The Justice Center, Courts Tower
                              1200 Ontario Street, 8th Floor
                              Cleveland, Ohio 44113

T: (216) 443-7800
F: (216) 698-2270
dlambert@prosecutor.cuyahogacounty.us
bhealy@prosecutor.cuyahogacounty.us

*Counsel for Defendants Cuyahoga County, Armond Budish, Clifford Pinkney, Eric J. Ivey, George Taylor, and Brandy Carney*


*/s/ per email consent*
Sarah Gelsomino (0084340)
Jacqueline Greene (0092733)
Terry Gilbert (0021948)
FRIEDMAN & GILBERT
50 Public Square, Suite 1900
Cleveland, Ohio 44113
T: (216) 241-1430
F: (216) 621-0427
sgelsomino@FGGfirm.com
jgreene@FGGfirm.com
tgilbert@FGGfirm.com

2