# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **TONYA CLAY, et al.,**  Plaintiffs,  -vs-  **CUYAHOGA COUNTY, et al.,**  Defendants. | Case No. 1:18 CV 2929  Judge Solomon Oliver, Jr. |

## JOINT STATUS REPORT

Plaintiffs and the Cuyahoga County Defendants (the "Parties") submit this joint status report. The Parties are still negotiating, and additional time is needed to finalize the agreement. The Parties continue to cooperate in negotiations and anticipated finalizing the settlement by September 12, 2023. Accordingly, the Parties respectfully ask this Court to continue to hold this case in abeyance pending the Parties' ongoing efforts towards finalizing a resolution to this case. The Parties will jointly notify the Court of the status of the case on September 13, 2023, and whether a resolution has been reached

Respectfully submitted,

MICHAEL C. O'MALLEY
Prosecuting Attorney of Cuyahoga County

By: */s/Brendan D. Healy*
David G. Lambert (0030273)
Brendan D. Healy (0081225)
CUYAHOGA COUNTY PROSECUTOR'S OFFICE
The Justice Center, Courts Tower
1200 Ontario Street, 8th Floor
Cleveland, Ohio 44113

       T: (216) 443-7800
       F: (216) 698-2270
       dlambert@prosecutor.cuyahogacounty.us
       bhealy@prosecutor.cuyahogacounty.us

*Counsel for Defendants Cuyahoga County, Armond Budish, Clifford Pinkney, Eric J. Ivey, George Taylor, and Brandy Carney*


*/s/ Jacqueline Greene* (*Per email consent*)
Jacqueline Greene (0092733)
FRIEDMAN GILBERT + GERHARDSTEIN
35 East 7th St Ste 201
Cincinnati, Ohio 45202
T: (513) 572-4200
F: (216) 621-0427
jacqueline@FGGfirm.com

Sarah Gelsomino (0084340)
Terry Gilbert (0021948)
FRIEDMAN GILBERT + GERHARDSTEIN
50 Public Square, Suite 1900
Cleveland, Ohio 44113
T: (216) 241-1430
F: (216) 621-0427
sarah@FGGfirm.com
terry@FGGfirm.com

*Counsel for Plaintiffs*

2