IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TONYA CLAY, et al., | ) | CASE NO. 1:18-cv-02929-SO |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, Jr. |
| | ) | |
| vs. | ) | **NOTICE OF WITHDRAWAL OF** |
| | ) | **DAVID A. BERNSTEIN** |
| CUYAHOGA COUNTY, OHIO., et al., | ) | |
| | ) | |
| Defendants. | ) | |

Under L.R. 83.9, attorney David A. Bernstein gives notice that he is withdrawing as counsel for Defendants Thomas Tallman and the MetroHealth System. Defendants have been informed of counsel's withdrawal. Defendants will remain represented by attorneys Jon W. Oebker, Robert J. Hanna, and Victoria L. Vance of Tucker Ellis LLP.

Respectfully submitted,

*/s/ David A. Bernstein*
David A. Bernstein (0093955)
TUCKER ELLIS LLP
950 Main Avenue—Suite 1100
Cleveland, OH 44113-7213
Telephone: 216.592.5000
Facsimile: 216.592.5009
Email: david.bernstein@tuckerellis.com

*Attorneys for Defendants*

**PROOF OF SERVICE**

The foregoing was filed electronically on August 7, 2023. Service of this filing will be made by operation of the Court's electronic filing system upon the following counsel of record

*/s/ David A. Bernstein*
David A. Bernstein (0093955)
*Attorneys for Defendants Thomas Tallman and the MetroHealth System*

6093363.1