UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TONYA CLAY, *et al.*, | ) | Case No.: 1:18 CV 2929 |
| Plaintiffs | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| CUYAHOGA COUNTY, *et al.*, | ) | |
| Defendants | ) | <u>STATUS CONFERENCE ORDER</u> |

The court held a telephonic status conference with counsel for the parties in the above-captioned case on September 13, 2023, at 3:30 p.m. During the conference, the parties informed the court that they are still involved in negotiating a settlement and are optimistic about reaching an agreement within ninety days. The court hereby grants the parties an additional ninety (90) days to finalize their agreement. The court also hereby schedules a telephonic status conference with counsel for the parties on October 30, 2023, at 2:30 p.m., to discuss whether the parties are on track to finalize the settlement within this revised timeline.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

September 14, 2023