UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TONYA CLAY, | ) | Case No.: 1:18 CV 2929 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CUYAHOGA COUNTY, OHIO, *et al.*, | ) | |
| | ) | |
| Defendants | ) | STATUS CONFERENCE ORDER |

The court held a status conference with counsel for the parties in the within case on October 30, 2023, at 2:30 p.m. The parties indicated that they are on track to have a final settlement agreement within a 90-day period set at the last status conference, except for approval by the County. The parties are optimistic that this can be accomplished by December 1, 2023. The court hereby sets a status conference for December 4, 2023, at 3:30 p.m.

    IT IS SO ORDERED.

                                      */s/ SOLOMON OLIVER, JR.*
                                      UNITED STATES DISTRICT JUDGE

November 1, 2023