UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TONYA CLAY, *et al.*, | ) | Case No.: 1:18 CV 2929 |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| CUYAHOGA COUNTY, *et al.*, | ) | |
| | ) | |
| Defendants | ) | STATUS CONFERENCE ORDER |

The court held a telephonic status conference with counsel for the parties in the above-captioned case on December 4, 2023, at 3:30 p.m. During the conference, the parties informed the court that they are still on track to have a final settlement agreement, which they anticipate will be presented to the County for approval at their second January meeting. The court hereby schedules a telephonic status conference with counsel for the parties on January 31, 2024, at 3:30 p.m.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

December 5, 2023