# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **TONYA CLAY, et al.,** | **Case No. 1:18 CV 2929** |
| Plaintiffs, | **Judge Solomon Oliver, Jr.** |
| -vs- | |
| **CUYAHOGA COUNTY, et al.,** | |
| Defendants. | |

**JOINT STATUS REPORT CONCERNING SETTLEMENT NEGOTIATIONS PROCESS**

Plaintiffs and the Cuyahoga County Defendants ("Parties") now submit this joint report of the status of the settlement negotiations. Since our last status conference, the parties have continued to make significant progress in their work to finalize the terms of the settlement agreement, which included revising jail policies and handbooks that will be incorporated into the settlement agreement. The parties require two additional weeks to finalize these arrangements and present the agreement to County Council. This settlement will be presented to County Council on February 13, 2024.

The settlement process is proceeding well and, in spite of this delay, the parties do not anticipate any problems. The parties request that the Court vacate the status hearing set for tomorrow and reset for a date after February 13, 2024.

.

Respectfully submitted,

*/s/Sarah Gelsomino*
Jacqueline Greene (0092733)
FRIEDMAN, GILBERT + GERHARDSTEIN
35 East 7th St Ste 201
Cincinnati, Ohio 45202
T: (513) 572-4200
F: (216) 621-0427
jacqueline@FGGfirm.com

Sarah Gelsomino (0084340)
Terry Gilbert (0021948)
FRIEDMAN, GILBERT + GERHARDSTEIN
50 Public Square, Suite 1900
Cleveland, Ohio 44113
T: (216) 241-1430
F: (216) 621-0427
sarah@FGGfirm.com
terry@FGGfirm.com

James L. Hardiman (0031043)
CLEVELAND BRANCH NAACP
3615 Superior Avenue
Cleveland, Ohio 44114
T: (216) 431-7811
F: (216) 431-7644
attyjhard@aol.com

Caroline H. Gentry (0066138)
Ana P. Crawford (0090581)
PORTER WRIGHT MORRIS & ARTHUR LLP
One South Main Street, Suite 1600
Dayton, OH 45402
T: (937) 449-6810
F: (937) 449-6820
cgentry@porterwright.com
acrawford@porterwright.com
*Counsel for Plaintiffs*

MICHAEL C. O'MALLEY
Prosecuting Attorney of Cuyahoga
County

By: */s/Brendan D. Healy (per consent)*
David G. Lambert (0030273)
Brendan D. Healy (0081225)
CUYAHOGA COUNTY PROSECUTOR'S OFFICE
The Justice Center, Courts Tower
1200 Ontario Street, 8th Floor
Cleveland, Ohio 44113
T: (216) 443-7800
F: (216) 698-2270
dlambert@prosecutor.cuyahogacounty.us
bhealy@prosecutor.cuyahogacounty.us

*Counsel for Defendants Cuyahoga County, Armond Budish, Clifford Pinkney, Eric J. Ivey, George Taylor, and Brandy Carney*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on January 30, 2024 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        */s/ Sarah Gelsomino*
                                        Sarah Gelsomino (0084340)
                                        One of the Attorneys for Plaintiffs