UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TONYA CLAY, *et al.*, | ) | Case No.: 1:18 CV 2929 |
| Plaintiffs | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| CUYAHOGA COUNTY, *et al.*, | ) | |
| Defendants | ) | STATUS CONFERENCE ORDER |

The court held a telephonic status conference with counsel for the parties in the above-captioned case on February 16, 2024, at 2:00 p.m. During the conference, the parties informed the court that they are on track to finalize the settlement very soon. There is currently one provision of the proposed settlement agreement, which they need to review with Defendant MetroHealth System before finalizing. The parties also informed the court that they will forward a proposed protective order regarding certain aspects of an expert report which will be made public. The parties anticipate presenting the final settlement agreement to County counsel for approval on March 11, 2024.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

February 16, 2024