UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TONYA CLAY, | ) | Case No.: 1:18 CV 2929 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CUYAHOGA COUNTY, *et al.*, | ) | |
| | ) | |
| Defendants | ) | <u>ORDER</u> |

This court has been advised by counsel that this action has been settled and that the parties will be submitting a dismissal entry to the court. Therefore, it is not necessary that the action remain upon the calendar of the court. Consequently, the court hereby closes the case, with the parties being granted leave to file a formal dismissal entry by on or before April 15, 2024.

The court retains jurisdiction to vacate this Order to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

March 29, 2024