# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **TONYA CLAY, et al.,** ) | CASE NO. 1:18-CV-02929 |
| ) | |
| Plaintiffs, ) | JUDGE SOLOMON OLIVER |
| ) | |
| vs. ) | |
| ) | |
| **CUYAHOGA COUNTY, et al.,** ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION TO DISMISS

The parties have executed a settlement agreement that fully resolves all of Plaintiffs' claims against all Defendants. Accordingly, the parties move this Court, pursuant to Fed. R. Civ. P. 41(a)(2), the parties, to dismiss all claims against all Defendants with prejudice. The parties also request the Court to enter and approve the settlement agreement, which is attached as Exhibit A and incorporated into the present motion.

Respectfully submitted,

MICHAEL C. O'MALLEY
Prosecuting Attorney of Cuyahoga County

/s/ Sarah Gelsomino

Sarah Gelsomino (0084340)
Jacqueline Greene (0092733)
Terry Gilbert (0021948)
FRIEDMAN & GILBERT
50 Public Square, Suite 1900
Cleveland, Ohio 44113

By: /s/Brendan D. Healy
David G. Lambert (0030273)
Brendan D. Healy (0081225)
CUYAHOGA COUNTY PROSECUTOR'S OFFICE
The Justice Center, Courts Tower
1200 Ontario Street, 8th Floor
Cleveland, Ohio 44113
T: (216) 443-7800

| | |
|---|---|
| T: (216) 241-1430 | F: (216) 698-2270 |
| F: (216) 621-0427 | dlambert@prosecutor.cuyahogacounty.us |
| sgelsomino@FGGfirm.com | bhealy@prosecutor.cuyahogacounty.us |
| jgreene@FGGfirm.com | |
| tgilbert@FGGfirm.com | *Counsel for Defendants Cuyahoga County, Armond Budish, Clifford Pinkney, Eric J. Ivey, George Taylor, and Brandy Carney* |
| *Counsel for Plaintiffs* | |

## CERTIFICATE OF SERVICE

    I hereby certify that on April 9, 2024 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                  */s/ Sarah Gelsomino*
                                                  Sarah Gelsomino (0084340)
                                                  One of the Attorneys for Plaintiffs