UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TONYA CLAY, | ) | Case No.: 1:18 CV 2929 |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) | |
| CUYAHOGA COUNTY, OHIO, *et al.*, | ) | |
| | ) | ORDER OF APPROVAL AND DISMISSAL |
| Defendants | ) | |

Pending before the court is the Parties' Joint Motion to Dismiss, and request to approve their Settlement Agreement, (ECF 76). The court hereby approves their Settlement Agreement and dismisses all of Plaintiff's claims against all Defendants, with prejudice.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

April 9, 2024